UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN ALLISON, | Civil Case No.: 3:21-cv-14121 FLW-TJB |
| Plaintiff(s), | NOTICE OF SETTLEMENT |
| -against- | |
| TRUEACCORD CORP., and ORION PORTFOLIO SERVICES, LLC, | |
| Defendants. | |

Please be advised that the above-captioned matter has been settled and a Stipulation Of Dismissal will be filed shortly.

Dated: January 19, 2022

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq. (JJ5509)
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019

*Attorney for Plaintiff*